# EXHIBIT 4

2501 N. Glebe Road  
Suite 204  
Arlington, VA 22207

For Professional Services of:  
Liza H Gold M.D.  
Tax ID: 54-1723362

(703) 875-0435

Please make checks payable to:   Liza H Gold  M.D.

*Cook Craig & Francuzenko, PLLC  
Alexander Francuzenko  
3554 Chain Bridge Rd. #402  
Faifax, VA 22030

Statement Date: 03/02/12

Billing period: 1/1/12 to 3/2/12

| | | | Previous Balance: | | $0.00 |
|---|---|---|---|---|---|
| Date | CPT | Description | Fee | Payment | Balance |
| 2/17/12 | | Retainer | | $5,000.0 | $-5,000.00 |
| 2/22/12 | 009 | Doc. Review 5.5 hrs. | $2,750.0 | | $-2,250.00 |
| 2/24/12 | 015 | Telephone Conf .5 hr. | $250.00 | | $-2,000.00 |
| 2/24/12 | 011 | Interview 3 hrs. | $1,500.0 | | $-500.00 |
| 2/28/12 | 009 | Doc. Review 4.25 hrs. | $2,125.0 | | $1,625.00 |
| 2/29/12 | 017 | Report Prep. 6.25 hrs. | $3,250.0 | | $4,875.00 |
| 3/1/12 | 017 | Report Prep. 4.5 hrs. | $2,250.0 | | $7,125.00 |
| 3/2/12 | 017 | Report Prep. 2 hrs. | $1,000.0 | | $8,125.00 |

New Balance    $8,125.00

Marcus Mial v. Jenifer Sherin, et al

Over 90 Days   ......$0.00   61-90 Days   ......$0.00   31-60 Days   ......$0.00   0-30 Days ......$8,125.00