# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| MARCUS MIAL, | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:11-cv-921 |
| JENNIFER A. SHERIN, et al., | : | |
| Defendants. | : | |

### DEFENDANTS' EXHIBIT LIST

The Defendants, Jennifer Sherin, Nathan Ferguson, Brian Sayre, and Nicholas Altom (hereinafter referred to collectively as "Defendants"), by and through their counsel, Alexander Francuzenko, Esq. and the law firm of Cook, Craig & Francuzenko, PLLC, and file this Exhibit List pursuant to the Court's Scheduling Order, and state that they may use the following Exhibits, or portions thereof, at the trial of this matter:

1. February 14, 2010 911 tape recording (not included).

2. May 7-8, 2010 Incident Reports.

3. February 14, 2010 Incident Reports and supplements.

4. August 27, 2007 Incident Reports.

5. January 21, 2007 Incident Reports.

6. February 14, 2010 CAD Reports.

7. Dr. Gold's expert report.

8. Dr. Gold's Curriculum Vitae.

9. Portions of Plaintiff's Answers to Interrogatories.

10. Portions of Plaintiff's Supplemental Answers to Interrogatories.

11. May 6, 2011 Letter to President Obama.

12. Medical records from Bernadette Durkin.

13. Portions of Plaintiff's deposition (not included at this time).

14. Portions of Theresa Mial's deposition (not included at this time).

15. Defendants reserve the right to use any Exhibits listed by the Plaintiff.

16. Defendants reserve the right to use any impeachment or rebuttal Exhibits.

17. Defendants reserve the right to object to portions of the Exhibits that are contained on this Exhibit List.

18. Defendants reserve the right to amend this Exhibit List if any Exhibits are subsequently discovered and/or prepared.

Respectfully submitted,

_____/s/_____
Alexander Francuzenko
VA Bar #36510
Attorney for Defendants, Sherin, Ferguson,
  Sayre and Altom
Cook, Craig & Francuzenko, PLLC
3554 Chain Bridge Road, Suite 402
Fairfax, VA  22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have served a copy of the foregoing Defendants' Exhibit List via ECF Transmission and U. S. Mail, this the 15th day of March, 2012 to:

    Steven David Stone, Esq.
    Steven David Stone, PC
    1004 Prince Street
    Alexandria VA 22314


    _____/s/_____
    Alexander Francuzenko
    VA Bar #36510
    Attorney for Defendants, Sherin, Ferguson,
      Sayre and Altom
    Cook, Craig & Francuzenko, PLLC
    3554 Chain Bridge Road, Suite 402
    Fairfax, VA  22030
    (703) 865-7480 (office)
    (703) 434-3510 (fax)
    alex@cookcraig.com