IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MARCUS MIAL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 1:11-cv-921 |
| | ) |
| JENNIFER A. SHERIN, et al. | ) |

### LIST OF EXHIBITS FOR THE PLAINTIFF

COMES NOW the Plaintiff, Marcus Mial, by counsel, and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Orders entered in this case, does hereby identify the following exhibits that he may offer during the trial of this case:

1. Recording of the telephone conversations between Marcus Mial and the 911 dispatcher on February 14, 2010.

2. Transcript of the telephone conversations between Marcus Mial and the 911 dispatcher on February 14, 2010, from Motions Hearing held August 2, 2010 in Commonwealth v. Marcus Mial.

3. Photographs of the physical injuries of Marcus Mial on February 14, 2010 (labeled Exhibits 3A-3Z and 3AA-3GG).

4. Photographs of the Mial home in February 2010 (labeled 4A-4M).

5. Photographs of the Mial family and Mial home (labeled 5A-5X).

6. Memorandum Opinion and Order of the Loudoun County Circuit Court dated December 17, 2010 in Commonwealth v. Marcus Mial.

7. Order of the Loudoun County Circuit Court dated February 8, 2011, stating that all charges are Nolle Prosequi.

8. INOVA Fairfax Hospital Patient Statement of Account for treatment of Marcus Mial February 14-15, 2010.

9. INOVA Fairfax Records regarding testing of Marcus Mial on February 15, 2010.

10. INOVA Fairfax Physician's Report regarding treatment of Marcus Mial on February 14-15, 2010.

*Mail v. Sherin, et al.*
*Plaintiff's List of Exhibits*
Page 2

11. INOVA Fairfax Patient Forms for Marcus Mial February 15, 2010.

12. INOVA Fairfax ECG Records for Marcus Mial February 14, 2010.

13. INOVA Fairfax Laboratory Reports for Marcus Mial February 14-15, 2010.

14. Credit card receipts for payments to Cardiovascular Group, P.C. by Marcus Mial.

15. Virginia Heart Physician's Report of visit by Marcus Mial on February 24, 2010.

16. Cardiovascular Group ECG Report dated February 24, 2010.

17. Virginia Heart Echocardiography Report dated March 9, 2010.

18. Virginia Heart Patient Ledger for Marcus Mial dated August 16, 2010.

19. Credit Card Receipt for Marcus Mial Emergency Discharge dated February 15, 2010.

20. Credit Card Receipt for payment by Marcus Mial to Internal Medicine Associates dated February 16, 2010.

21. Credit Card Receipt for payment by Marcus Mial to Internal Medicine Associates dated February 24, 2010.

22. Internal Medicine Associates Physician's Report regarding treatment of Marcus Mial dated February 16, 2010.

23. Internal Medicine Associates Physician's Report regarding treatment of Marcus Mial dated February 24, 2010.

24. Curriculum Vitae for Edwin N. Carter, Ph.D.

25. Letter from Dr. Edwin N. Carter, dated January 9, 2012, regarding preliminary psychological evaluation of Marcus Mial.

26. Psychological Evaluation Report of Dr. Edwin N. Carter regarding evaluation of Marcus Mial dated February 6, 2012.

27. Diagnostic information regarding Post-Traumatic Stress Disorder submitted with Dr. Edwin N. Carter's Report of February 6, 2012.

Case 1:11-cv-00921-GBL-IDD Document 92 Filed 03/15/12 Page 3 of 6 PageID# 445

*Mail v. Sherin, et al.*
*Plaintiff's List of Exhibits*
*Page 3*

28. Letter from Dr. Edwin N. Carter dated March 8, 2012, containing rebuttal to Dr. Liza Gold's report of March 2, 2012.

29. Projected Cost Summary of Compensation of Dr. Edwin N. Carter dated February 7, 2012.

30. MAR Reporting Group Invoices from August 2010 through February 2011 regarding copies of Hearing Transcripts in Commonwealth v. Mial.

31. Credit Card Payments of Marcus Mial to MAR Reporting Group from August 2010 through February 2011 regarding copies of Hearing Transcripts in Commonwealth v. Mial.

32. Chevy Chase Bank Receipt for payment of Marcus Mial to the law firm of Sanders and Kissler on February 24, 2011.

33. MasterCard Statement of Marcus Mial from October 2010 showing payment to the law firm of Sanders and Kissler on August 31, 2010.

34. Invoice for Legal Consultation at law firm of Baker Simmons dated October 3, 2011.

35. Loudoun County Sheriff's Office General Order Number 501: Patrol Operations and Procedures.

36. Loudoun County Sheriff's Office General Order Number 506: Use of Force.

37. Loudoun County Sheriff's Office General Order Number 508: Special Operations: Responding to Hostage/Barricaded Persons.

38. Loudoun County Sheriff's Office General Order Number 508.2: Sheriff Emergency Response Teams.

39. Loudoun County Sheriff's Office General Order Number 534: Domestic Violence.

40. Loudoun County Sheriff's Office General Order Number 601: Criminal Investigations: Case Management.

41. Loudoun County Sheriff's Office General Order Number 610: Arrest Procedures.

42. Loudoun County Sheriff's Office General Order Number 901: Communications: Duties and Responsibilities.

*Mail v. Sherin, et al.*
*Plaintiff's List of Exhibits*
*Page 4*

43. Loudoun County Sheriff's Office General Order Number 902: Basic Radio Procedure.

44. Loudoun County Sheriff's Office General Order Number 903: Communication Procedure/Lookouts-Broadcast.

45. Notes from Loudoun County Sheriff's Office regarding Domestic Disturbance at Mial Residence on February 14, 2010.

46. Loudoun County Sheriff's Office Emergency Communications Center Policy Number 202: Staff Duties and Responsibilities.

47. Loudoun County Sheriff's Office Emergency Communications Center Policy Number 803: Incident Entry.

48. Loudoun County Sheriff's Office Emergency Communications Center Policy Number 1005: Domestic Disturbance.

49. Loudoun County Sheriff's Office Emergency Communications Center Policy Number 1016: Suicide/Attempted Suicide/Mental Subjects.

50. Loudoun County Sheriff's Office Emergency Communications Center Policy Number 1020: Unknown Situations.

51. Taser Certification Documents for Deputy Fergusson dated September 19, 2011.

52. Loudoun County Sheriff's Office Taser User Certification Training Class Materials.

53. Loudoun County Sheriff's Office Lesson on Breaching by Sergeant Kim Holway.

54. Plaintiff reserves the right to use any Exhibits listed by the Defendant.

55. Plaintiff reserves the right to use any impeachment or rebuttal Exhibits.

56. Plaintiff reserves the right to object to portions of the Exhibits that are contained on this List of Exhibits.

57. Plaintiff reserves the right to amend this List of Exhibits if any Exhibits are subsequently discovered or subsequently prepared.

*Mail v. Sherin, et al.*
*Plaintiff's List of Exhibits*
*Page 5*

                                            MARCUS MIAL

                                            By Counsel

_____/s/_____
Steven David Stone, Esq., VSB #16996
Luke Young, Esq., VSB#71581
STEVEN DAVID STONE, P.C.
Alexandria, Virginia 22314
Tel: 703-684-0200; Fax: 703-684-1521
Email: stone@stevendavidstonepc.com
Counsel for Plaintiff

*Mail v. Sherin, et al.*
*Plaintiff's List of Exhibits*
*Page 6*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing List of Witnesses for the Plaintiff, via ECF transmission and hand delivery this, 15th day of March, 2012 to:

Alexander Francuzenko, Esquire
Cook Kitts & Francuzenko, PLLC
3554 Chain Bridge Road, Suite 402
Fairfax, VA 22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookkitts.com
Counsel for Defendants


_____/s/_____
Steven David Stone, Esq., VSB #16996
Luke Young, Esq., VSB#71581
STEVEN DAVID STONE, P.C.
Alexandria, Virginia 22314
Tel: 703-684-0200; Fax: 703-684-1521
Email: stone@stevendavidstonepc.com
Counsel for Plaintiff