**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARCUS MIAL,                                    :

              Plaintiff                        :

v.                                              :          Case No.:  1:11-cv-921

JENNIFER A. SHERIN, et al.,                     :

              Defendants.                      :

<u>**NOTICE OF CHANGE OF FIRM NAME, EMAIL AND ADDRESS**</u>

TO THE CLERK:

Please revise your records to reflect the new firm name, email and address information

for Alexander Francuzenko, Esq., effective April 1, 2012 as follows:

        **Cook, Craig & Francuzenko, PLLC**
        **3050 Chain Bridge Road**
        **Suite 200**
        **Fairfax, VA  22030**
        **(703) 865-7480 – office**
        **(703) 434-3510 – fax**
        **Email:  <u>alex@cookcraig.com</u>**

Please consider this as formal notice of the change of contact information for counsel

Alexander Francuzenko, Esq.

Respectfully submitted,


_____/s/_____
Alexander Francuzenko
VA Bar #36510
Attorney for Defendants, Sherin, Ferguson,
  Sayre and Altom
Cook, Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA  22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing Notice of Change of
Firm Name, Email, and Address via ECF Transmission and U. S. Mail, this the 3rd day of April,
2012 to:


Steven David Stone, Esq.
Steven David Stone, PC
1004 Prince Street
Alexandria VA 22314


_____/s/_____
Alexander Francuzenko
VA Bar #36510
Attorney for Defendants, Sherin, Ferguson,
  Sayre and Altom
Cook, Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA  22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com