UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| MARCUS MIAL | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case #1:11-cv -921 ) |
| JENNIFER A. SHERIN, et al., | ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COMES NOW counsel for Plaintiff, Marcus Mial, Steven David Stone, P.C., and moves this Court to enter an Order permitting its withdrawal as counsel for Plaintiff, and in support thereof states as follows:

1. Plaintiff no longer cooperates with his attorneys.

2. Plaintiff has failed to fulfill his obligations to his attorneys regarding the attorneys' services and the failure continues after reasonable notice to him.

3. Trial has been set for October 9-11, 2012. Plaintiff refuses to prepare with his attorneys.

4. Counsel for Plaintiff has observed and fulfilled all requirements of the Virginia Rules of Professional Conduct, Rule 1.16.

5. Plaintiff has endorsed a Consent Order Granting Leave to Withdraw as Counsel.

*Mial v. Sherin, et. al*
*Motion to Withdraw*
*Page 2*

WHEREFORE, Counsel for Plaintiff prays that an Order be entered permitting them to withdraw from further representation as Counsel for Plaintiff.

                        Respectfully submitted,

                        _____/s/_____
                        Steven David Stone, VSB #16996
                        Luke Young, VSB #71581
                        STEVEN DAVID STONE, P.C.
                        1004 Prince Street
                        Alexandria, Virginia 22314
                        Tel: 703-684-0200; Fax: 703-684-1521
                        Withdrawing Counsel for Plaintiff

*Marcus Mial v. Jennifer Sherin, et. Al.*
*Motion to Withdraw*
*Page 3*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion to Withdraw as Counsel for Plaintiff was sent via ECF transmission and via email and mail, postage prepaid, this 19th day of July, 2012 to:

Alexander Francuzenko, Esquire
Cook, Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com
Counsel for Defendants

I also certify that a true and accurate copy of the foregoing Motion to Withdraw as Counsel for Plaintiff was sent this 19th day of July, 2012 via email, certified mail, and regular mail, postage prepaid to:

Marcus Mial
20010 Palmer Classic Parkway
Ashburn, VA 20147
703-858-3485
marcusmial@sprintmail.com
Plaintiff

_____/s/_____
Steven David Stone, VSB #16996
Luke Young, VSB #71581
STEVEN DAVID STONE, P.C.
1004 Prince Street
Alexandria, Virginia 22314
Tel: 703-684-0200; Fax: 703-684-1521
Withdrawing Counsel for Plaintiff