FILED: February 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1901
(1:11-cv-00921-GBL-IDD)

MARCUS MIAL,

    Plaintiff - Appellee,

  v.

JENNIFER SHERIN; BRIAN SAYRE; NATHAN FERGUSON; NICHOLAS J. ALTOM,

    Defendants – Appellants,

  and

STEPHEN O. SIMPSON, in his official capacity as Sheriff; DEPUTIES JOHN AND JANE DOES ##1-10, in their individual capacities,

    Defendants.

ORDER

       Jennifer Sherin, Brian Sayre, Nathan Ferguson, and Nicholas Altom seek to appeal the district court's order denying qualified immunity on Marcus Mial's claims of unlawful entry and excessive force. Mial has moved to dismiss the appeal as interlocutory. After reviewing the motion and the response, we grant

Mial's motion to dismiss and dismiss the appeal for lack of jurisdiction. <u>See Culosi v. Bullock</u>, 596 F.3d 195, 201 (4th Cir. 2010).

Entered at the direction of the panel: Judge King, Judge Shedd, and Judge Duncan.

For the Court

<u>/s/ Patricia S. Connor, Clerk</u>