FILED: February 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1901
(1:11-cv-00921-GBL-IDD)
_____

MARCUS MIAL

    Plaintiff - Appellee

v.

JENNIFER SHERIN; BRIAN SAYRE; NATHAN FERGUSON; NICHOLAS J. ALTOM

    Defendants - Appellants

and

STEPHEN O. SIMPSON, In his official capacity as Sheriff; DEPUTIES JOHN AND JANE DOES ##1-10, In their individual capacities

    Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK