IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARCUS MIAL, )
)
    Plaintiff, )
)
v. )  1:11-cv-921
)
JENNIFER A. SHERIN, *et al.*, )
)
    Defendants. )

**MOTION GRANTED.**

Entered this 17 day of March 2015

/s/
Gerald Bruce Lee
United States District Judge

## MOTION TO USE ELECTRONIC EQUIPMENT IN TRIAL

COMES NOW the Plaintiff, Marcus Mial, by counsel, and hereby moves this Honorable Court, pursuant to Local Rule 79 and the Standing Orders of this Court, for permission to use a laptop computer during the trial of this case on March 23, 2015 through 26, 2015.

The use of a laptop is needed to present an opening and closing PowerPoint presentation and to present audio recordings of the two 911 calls which initially gave rise to the circumstances on which this case is based.

Further, Plaintiff is also requesting permission to submit these sound files on DVD discs to the Clerk as part of the exhibit binders filed on behalf of the Plaintiff in this matter.

WHEREFORE, the Plaintiff requests that the Court grant this Motion; enter an Order granting permission for the use of a laptop computer during the trial and for permission to submit DVD discs as part of Plaintiff's exhibit binders; and for such other and further relief as this Honorable Court may deem just and proper.

            Respectfully submitted,

            /s/ Thomas K. Plofchan, Jr.
            Thomas K. Plofchan, Jr. VSB 34536
            Whitney Lawrimore Hughes VSB 82331
            Counsel for Plaintiff
            Westlake Legal Group
            46175 Westlake Drive, Suite 320
            Potomac Falls, Virginia 20165
            Telephone 703-406-7616
            Facsimile 703-434-3510
            tplofchan@westlakelegal.com
            wlawrimore@westlakelegal.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this **16th day of March, 2015**, I will electronically file the foregoing MOTION TO USE ELECTRONIC EQUIPMENT IN TRIAL with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing to any filing user.

            /s/ Thomas K. Plofchan, Jr.
            Thomas K. Plofchan, Jr. VSB 34536
            Whitney Lawrimore Hughes VSB 82331
            Counsel for Plaintiff
            Westlake Legal Group
            46175 Westlake Drive, Suite 320
            Potomac Falls, Virginia 20165
            Telephone 703-406-7616
            Facsimile 703-434-3510
            tplofchan@westlakelegal.com
            wlawrimore@westlakelegal.com