IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARCUS MIAL, )
)
    Plaintiff, )
)
v. ) 1:11-cv-921
)
JENNIFER A. SHERIN, et al., )
)
    Defendants. )

FILED IN OPEN COURT
MAR 3 0 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## VERDICT

WE, THE JURY, return the following verdict as to Defendant, Jennifer A. Sherin:

1. Did Jennifer A. Sherin violate Plaintiff, Marcus Mial's clearly established Fourth Amendment rights against unreasonable search and seizure by her warrantless entry into Mr. Mial's home on February 14, 2010?

    YES ✓        NO _____

2. Did Jennifer A. Sherin use excessive force in arresting Plaintiff, Marcus Mial, on February 14, 2010?

    YES _____        NO ✓

3. What are the damages sustained by the Plaintiff, Marcus Mial as a result of Jennifer A. Sherin's actions?

    ECONOMIC DAMAGES: $225,000.00
    PUNITIVE DAMAGES: $25,000.00

WE, THE JURY, return the following verdict as to Defendant, Nathan Ferguson:

1. Did Nathan Ferguson violate Plaintiff, Marcus Mial's clearly established Fourth Amendment rights against unreasonable search and seizure by his warrantless entry into Mr. Mial's home on February 14, 2010?

YES ✓   NO ____

2. Did Nathan Ferguson use excessive force in arresting Plaintiff, Marcus Mial, on February 14, 2010?

YES ____   NO ✓

3. What are the damages sustained by the Plaintiff, Marcus Mial as a result of Nathan Ferguson's actions?

ECONOMIC DAMAGES: $225,000.00

PUNITIVE DAMAGES: $25,000.00

WE, THE JURY, return the following verdict as to Defendant, Brian Sayre:

1. Did Brian Sayre use excessive force in arresting Plaintiff, Marcus Mial, on February 14, 2010?

YES ✓   NO ____

2. What are the damages sustained by the Plaintiff, Marcus Mial as a result of Brian Sayre's actions?

ECONOMIC DAMAGES: $140,000.00

PUNITIVE DAMAGES: $10,500.00

2

WE, THE JURY, return the following verdict as to Defendant, Nicholas Altom:

1. Did Nicholas Altom use excessive force in arresting Plaintiff, Marcus Mial, on February 14, 2010?

    YES _____      NO ✓

2. What are the damages sustained by the Plaintiff, Marcus Mial as a result of Nicholas Altom's actions?

    ECONOMIC DAMAGES: 0

    PUNITIVE DAMAGES: 0

SO SAY WE ALL, this 30th day of March, 2015.

REDACTED

Foreperson

3