IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARCUS MIAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-921-GBL-IDD |
| ) | |
| JENNIFER SHERIN, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Alter Judgment (Doc. 231) and Defendant's Motion to Stay the Execution of the Judgment (Doc. 233). After a conference call with counsel for Plaintiff and Defendants on September 1, 2015, the Court has decided to refrain from issuing an order ruling on Defendant's pending motions until the parties have had an opportunity to continue their efforts to reach a settlement agreement. The Court strongly encourages the parties to reach a settlement agreement. Therefore, it is hereby

**ORDERED** that the parties meet with Magistrate Judge Ivan Davis before September 21, 2015, for a scheduled settlement conference.

**IT IS SO ORDERED.**

ENTERED this 2nd day of September, 2015.

Alexandria, Virginia
9/2/2015

                                            /s/
                                   Gerald Bruce Lee
                                   United States District Judge