## **SETTLEMENT CONFERENCE**

MAGISTRATE JUDGE: Ivan D. Davis

CIVIL CASE #: 1:11CV921

DATE: 09/30/2015

TIME: 12:00PM TO 4:00PM

APPEARANCES COUNSEL FOR:

( x ) PLAINTIFF  ( x ) DEFENDANT  (  ) PRO SE PLAINTIFF  (  ) PRO SE DEFENDANT

NOTES: A settlement conference was held in *Mial v. Simpson, et al. (11-cv-921)* on Wednesday, September 30, 2015. All parties were present. The conference lasted from 12:00PM-4:00PM (4 hours). The parties settled.